**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00051-CV

### WINSTON ACQUISITION CORP, Appellant

### V.

### BLUE VALLEY APARTMENTS, INC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01373**

## ORDER

We **GRANT** appellant's November 7, 2013 unopposed motion for an extension of time

to file a reply brief.  Appellant shall file its reply brief on or before December 4, 2013.

/s/      ELIZABETH LANG-MIERS
JUSTICE